UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                    Case No.:  2:10-MJ-1124SPC

LUIS MACIAS ARREDONDO
ALER ODILIO LUCAS-GOMEZ

_____

**ORDER**

This matter comes before the Court on the Defendant's Waiver of Preliminary Hearing (Doc. #21) filed on December 12, 2010, on behalf of Defendant Luis Marcias Arredondo, and on the Waiver of Preliminary Hearing (Doc. #22) filed on December 13, 2010, on behalf of Defendant Aler Odilio Lucas-Gomez.  The Defendants have waived their right to a Preliminary Hearing pursuant to Fed. R. Cr. P. 5.1.  Given the Defendants' waiver of the hearing and the stipulation that the Government has sufficient evidence to proceed with the case, the Court will cancel the hearing scheduled for December 15, 2010.

**DONE AND ORDERED** at Fort Myers, Florida, this   15th   day of December, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All parties of record